**COURT OF APPEALS**
**FOR THE**
**THIRD DISTRICT OF TEXAS**
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:            April 12, 2013

Case Numbers:  03-12-00701-CV & 03-12-00765-CV
Trial Court Nos.: C-11-0016-CPS & C-11-0016-CPS-1

Style:            R. I. v. Texas Department of Family and Protective Services

---

You are hereby notified that the motions to withdraw as court appointed counsel for appellant R.I. were granted on the date noted above.  Also, the enclosed opinion and judgments were sent this date to the following persons:

Ms. R. I.
1126 Nicole Lane
San Angelo, TX  76903

The Honorable Jay K. Weatherby
District Judge, 51st District Court
Tom Green County Courthouse
112 West Beauregard
San Angelo, TX  76903-5850

Ms. Rosemary Rose
P. O. Box 60165
San Angelo, TX  76906

Mr. Michael D. Becker
Office of General Counsel
Texas Department of Family
& Protective Services
2401 Ridgepoint Dr., Bldg. H-2
(MC: Y-956)
Austin, TX  78711-2017

Mr. Evan Pierce-Jones
125 S. Washington Street
San Angelo, TX  76901

The Honorable Sheri Woodfin
District Clerk
Tom Green County Courthouse
112 West Beauregard
San Angelo, TX  76903-5850